UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TERRY W. HARGIS                              CIVIL ACTION NO. 11-cv-0535

VERSUS                                       JUDGE FOOTE

U.S. COMMISSIONER, SOCIAL                    MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

previously filed herein, and having thoroughly reviewed the record, no written objections

having been filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

**IT IS ORDERED** that Plaintiff's claim is dismissed without prejudice for failure to

prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 19th day of June,

2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE